# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SPIRIT MASTER FUNDING III, LLC,** a Delaware limited liability company, | ) ) ) | |
| **Plaintiff,** | ) ) | |
| vs. | ) ) | **8:08CV334** |
| **AUTO PLEX OF LINCOLN, L.L.C.,** a Nebraska limited liability company; and **CHADRON L. GUTSCHOW,** an individual, | ) ) ) ) ) | **ORDER** |
| **Defendants.** | ) | |

This case has been referred to the United States Bankruptcy Court for the District of Nebraska pursuant to NEGenR 1.5(a)(1). Accordingly,

**IT IS ORDERED:**

1. All pending motions are denied pursuant to NECivR 7.6 without prejudice to refiling in the Bankruptcy Court or in this court after the reference is withdrawn.

2. The hearing previously set for August 12, 2009 on defense counsel's Motion to Withdraw (Doc. 42) is cancelled.

**DATED August 10, 2009.**

> **BY THE COURT:**
>
> s/ F.A. Gossett
> **United States Magistrate Judge**